ORTIZ & ORTIZ, L.L.P.
32-72 Steinway Street, Ste. 402
Astoria, New York  11103
Norma E. Ortiz
Tel. (718) 522-1117
Fax. (718) 596-1302
email@ortizandortiz.com
*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

761 DEKALB AVENUE PROPERTIES LLC,                Case No.  17-43401


                        Debtors.                Chapter 11
--------------------------------------------------------X

### DECLARATION PURSUANT TO LOCAL RULE 1007-4

Sadio Diallo, the managing member of the above-captioned debtor, hereby swears as follows:

1.    Is the Debtor a small business within the meaning of Bankruptcy Code §101(51D)?  **No.**

2.    Describe the nature of the business and the circumstances leading to the debtor's filing under chapter 11:   The Debtor's primary asset, a mixed-use building located at 761 Dekalb Avenue, Brooklyn, New York (the "Property"), was scheduled to be auctioned for sale.

3.    List the name and address of any trustee appointed previously in this case: **None.**

4.    List the names and addresses of the members of, and professionals employed by, any committee organized prior to the order for relief in the chapter 11 case, and a description of

1

the circumstances surrounding the formation of the committee and the date of its formation:

**Not applicable.**

5.        List the names, addresses, telephone numbers, person(s) familiar with the debtor's

account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or

partially secured of the debtor's 20 largest non-insider unsecured creditors:

      **See attached list.**

6.        List the names, addresses, telephone numbers, person(s) familiar with the debtor's

account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or

partially secured of the debtor's 5 largest secured creditors:

      **See attached list.**

7.        Provide a summary of the debtor's assets and liabilities:

Assets:                    **See attached list.**

Liabilities:              **See attached list.**

8.        Provide the number and classes of shares of stock, debentures, or other securities

of the debtor that are publicly held, and the number of record holders thereof, listing separately

those held by each of the debtor's officers and directors and the amounts so held:

      **None**

9.        List of all of the debtor's property in the possession or custody of any custodian,

public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such

entity, giving the name, address, and telephone number of each such entity, the title of any

proceeding relating thereto, and the court in which it is pending:      **None.**

10.    Provide a list of the premises owned, leased, or held under any other arrangement from which the debtor operates its business:

**None.**

11.    Describe the location of the debtor's significant assets, the location of its books and records, and the nature, location, and value of any assets held by the debtor outside the territorial limits of the United States:

**The Debtor does not own any assets outside of the United States.**

12.    Describe the nature and present status of each action or proceeding, pending or threatened, against the debtor or its property where a judgment against the debtor or a seizure of its property may be imminent:    **There is a pending foreclosure action where the Debtors' primary asset was scheduled for auction.  The title of the action is Bayview Loan Servicing v. 761 Dekalb Avenue Services, et, Index No. 22273/10, in the Supreme Court of the State of New York, County of Kings.**

13.    List the names of the debtor's existing senior management, their tenure with the debtor, and a summary of their relevant responsibilities and experience:  **Not applicable**.

14.    List the estimated amount of the weekly payroll to employees (exclusive of officers, directors, stockholders, partners and members) for the 30-day period following the filing of the chapter 11 petition:  **Not applicable.**

15.    List the amount paid and proposed to be paid for services for the 30-day period following the filing of the chapter 11 petition for officers and directors:    **None.**

16.    Provide a schedule, for the 30-day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and

receivables expected to accrue but remaining unpaid, other than professional fees, and any other information relevant to an understanding of the foregoing:   **None**

17.    Provide such additional information as may be necessary to fully inform the Court of the debtor's rehabilitation prospects:   **None.**

We hereby affirm that the foregoing is accurate and true.

Dated: June 29, 2017
      Astoria, New York                    */s/Sadio Diallo*
                                           Sadio Diallo

# Attachment to Local Bankruptcy Rule 1007-4 Declaration

**Paragraph 5:**   List the names, addresses, telephone numbers, person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the debtor's 20 largest non-insider unsecured creditors:

**To be provided.**

**Paragraph 6:**   List the names, addresses, telephone numbers, person(s) familiar with the debtor's account, amount of the claim, and whether the claim is contingent, unliquidated, disputed, or partially secured of the debtor's 5 largest secured creditors:

| Secured Creditor | Amount Due |
|---|---|
| Bayview Loan Servicing LLC<br>4425 Ponce de Leon Boulevard<br>Miami, FL 33146 | Unknown |

**Paragraph 7:**   Summary of Debtors' assets and liabilities:

**Assets:**   Real Property Located at 761 DeKalb Avenue, Brooklyn New York 11216 valued between $1,600,000 and $1,800,000.

**Liabilities:**   First Mortgage Loan serviced by Bayview Loan Servicing LLC in the approximate amount of $900,000