**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**IN RE:**

**761 DEKALB AVENUE PROPERTIES, LLC,**

**Debtor.**

**CHAPTER 11**

**Case No.: 17-43401**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned law firm hereby appears in the above-captioned case under Chapter 11 of Title 11 of the United States Code for Bayview Loan Servicing, LLC and requests, pursuant to Bankruptcy Rule 9010(b) that any and all Notices given or required to be given in the above-captioned Chapter 11 case and any proceedings therein, and all papers served or required to be served in the Chapter 11 case and any proceedings therein, be given to and served upon the undersigned law firm at the Post Office address and telephone number set forth below and that the following firm be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Susan R. Katzoff, Esq.
> **BARCLAY DAMON LLP**
> Attorneys for Bayview Loan Servicing, LLC
> Office & Post Office Address
> Barclay Damon Tower
> 125 East Jefferson Street
> Syracuse, New York 13202
> Telephone:  (315) 425-2880

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the Notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, Orders and Notices of any application, motion, petition, pleading, request, complaint, or

13884935.1

demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, telegraph, telex, or otherwise.

Dated:  August 31, 2017   **BARCLAY DAMON LLP**

/s/ Susan R. Katzoff
Susan R. Katzoff, Esq.
Attorneys for Bayview Loan Servicing, LLC
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202
(315) 425-2880

TO:   Norma E. Ortiz, Esq.
      United States Trustee